IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER HALES,<br><br>Defendant. | Case No. 2:20-cr-00323-TS<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO EXTEND RESPONSE DEADLINE<br><br>Judge Ted Stewart |

The Court, having considered the Motion to Extend Response Deadline filed by the United States, any opposition thereto, and good cause appearing, the motion is GRANTED.

**IT IS ORDERED** that the deadline for the United States to respond to defendant Christopher Hales's pro se Motion for a Sentence Reduction under Amendment 821 is extended to December 21, 2023.

DATED this 13th day of December, 2023.

_____
Ted Stewart
Senior United States District Judge